UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Petitioner,

  -vs-

JEFFREY T. O'NEIL, PRESIDENT
OF O'NEILL METAL FORMING INC.,

    Respondent.
_____/

MISC. NO. 12-mc-50845

HON. ROBERT H. CLELAND

## ORDER OF DISMISSAL

Petitioner having advised the Court that it wishes to dismiss without prejudice the Petition to Enforce IRS filed against the respondent, Jeffrey T. O'Neil, President of O'Neill Metal Forming, Inc.;

IT IS HEREBY ORDERED that the Petition to Enforce IRS Summons filed against Jeffrey T. O'Neil, President of O'Neill Metal Forming, Inc., by the petitioner is hereby dismissed without prejudice.

                         s/Robert H. Cleland
                         ROBERT H. CLELAND
                         United States District Judge

Dated:   10/30/12